UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| QUICKSILVER AIR, INC., RICHARD C. SWISHER and SHARON SWISHER,<br><br>          Plaintiffs,<br><br>     v.<br><br>HELICOPTER ENGINE REPAIR OVERHAUL SERVICES, INC. t/a H.E.R.O.S, INC., THE TIMKEN COMPANY, ROLLS-ROYCE CORPORATION,<br><br>          Defendants. | Case No. 3:cv-12-06-REB<br><br>**ORDER** |
| CRAIG WHITE and BETHANY WHITE, husband and wife,<br><br>          Plaintiffs,<br><br>     v.<br><br>QUICKSILVER AIR, INC., an Alaska corporation; THE TIMKEN COMPANY, an Ohio Corporation, doing business as TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC., a foreign Arizona Company; H.E.R.O.S., INC., a California corporation; ARROW AVIATION, LLC, a Louisiana Limited Liability Company; 11 AEROSPACE LLC, an Arizona Limited Liability Company, doing business as ASI SERVICES; RICHARD C. SWISHER; JOHN OR JANE DOES 1-X; and DOE CORPORATIONS, XI-XX,<br><br>          Defendants. | Case No. 3:cv-12-366-REB |

| | |
|---|---|
| GEORGE PAULEY, | Case No. 3:cv-12-367-REB |
| Plaintiff, | |
| v. | |
| QUICKSILVER AIR, INC., an Alaska corporation; THE TIMKEN COMPANY, an Ohio Corporation, doing business as TIMKEN ALCOR AEROSPACE TECHNOLOGIES, INC., a foreign Arizona Company; H.E.R.O.S., INC., a California corporation; ARROW AVIATION, LLC, a Louisiana Limited Liability Company; 11 AEROSPACE LLC, an Arizona Limited Liability Company, doing business as ASI SERVICES; RICHARD C. SWISHER; JOHN OR JANE DOES 1-X; and DOE CORPORATIONS, XI-XX, | |
| Defendants. | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that these three cases (*Quicksilver* 12-06; *Pauley* 12-367; and *White* 12-366) be transferred to Chief Judge Winmill for all purposes.

IT IS FURTHER ORDERED, that the Clerk shall change the case number designation on each case to reflect this transfer.

IT IS FURTHER ORDERED, that the three cases be consolidated for all pretrial purposes.  The Court will discuss further with counsel whether the cases should be consolidated for trial.

IT IS FURTHER ORDERED, that the October 5, 2012 hearing in *Quicksilver* on HEROS, Inc.'s ("HEROS") motion to dismiss for lack of personal jurisdiction is VACATED.

IT IS FURTHER ORDERED that the motion to dismiss in *Quicksilver* (CV12-06, Dkt. 13), the motion to dismiss filed in *White*, CV12-366 (Dkt. 7), and the motion to dismiss filed in *Pauley*, CV12-367 (Dkt. 6), will all be heard together.  Counsel are directed to contact the Court's Clerk, Jamie Gearhart (208-334-9021 or jamie_gearhart@id.uscourts.gov) to set up a hearing date to argue those three motions.

IT IS FURTHER ORDERED, that Defendants' Motion for Additional Time (Dkt. 40) is GRANTED, in part, and DENIED in part.  It is denied to the extent it seeks to postpone responsive briefing on Quicksilver's Contingent Motion to Transfer Venue (Dkt. 35 in 12-06) until after a decision on the three motions to dismiss.  It is granted to the extent it seeks additional time to file response briefs.  The Court will extend the time for Defendants to file briefs in response to the Motion to Transfer (Dkt. 35) to **December 7, 2012.**  Any reply brief is due **December 21, 2012.**

4.      The parties in the *Pauley*, *White*, and *Quicksilver* cases shall have until **November 9, 2012** to undertake discovery, but that discovery is limited to HEROS.'s lack of personal jurisdiction defense.  To aid in this process, HEROS shall provide all parties the jurisdictional discovery responses and deposition testimony previously provided in the *Quicksilver* action.

4.      Each named Defendant in the *Quicksilver*, *Pauley*, and *White* cases shall have until 20 days after Defendant HEROS's pending motions to dismiss are decided in which to respond to the claims alleged against them in the complaints filed in each of the three cases.

5.      A telephone scheduling conference will be held to set case management deadlines after the Court rules on the pending motions to dismiss.



DATED: **September 24, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court