UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-446 GAF (CWx)<br>CV 13-462 GAF (CWx)<br>CV 13-499 GAF (CWx) | Date | March 27, 2013 |
|---|---|---|---|
| Title | Quicksilver Air Inc. et al v. Helicopter Engine Repair Overhaul Services et al<br>Craig White et al v. Quicksilver Air Inc. et al<br>George Pauley v. Quicksilver Air Inc. et al | | |

Present: The Honorable   GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Renee Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys for Plaintiffs: | Attorneys for Defendants: |
|---|---|
| Not Present | **Not Present** |

**Proceedings:**          **(In Chambers)**

ORDER RE: UNSERVED DEFENDANTS

　　The Court has reviewed the status reports submitted by counsel and signed the proposed orders.  It appears, based on that review, that there are some defendants in these cases who have not yet been served.  To the extent that there are any unserved defendants in this case, Plaintiffs are ordered either to dismiss those parties from the lawsuit or to show cause why dismissal would not be appropriate at this time.  Plaintiffs must respond to this OSC no later than close of business on April 5, 2013.  Failure to respond will be deemed consent to the dismissal of any unserved party.

　　**IT IS SO ORDERED.**